IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:07-cr-00011-MP-AK

CARLOS A. CORREA,
JUSTIN M. RENTERIA,
ALEJANDRO M. VALDES,
CHRISTINA RENTERIA,
SARAH E. SUMNER,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc 130, Motion to Continue Deadline on Which Expert Report is Due and Motion to Continue Suppression Hearing, filed by Defendant Sarah Sumner; Doc. 131, Motion to Continue Deadline for Disclosure of Expert Report and Motion to Continue Suppression Hearing, filed by Defendant Justin Renteria; and Doc. 133, Motion to Continue Hearing and for Extension of Time to Furnish Government with Expert Witness Designation, filed by Defendant Carlos Correa.  In these motions, the Defendants Correa, Sumner, and Justin Renteria request that the deadline for filing expert witness reports be extended, and that the suppression hearing be continued.  The Government has filed response to these motions, Doc. 134, in which it does not object to the motions to continue.  A telephone conference was held on this matter on Friday, August 31, 2007.  After considering the matter, the Court grants the motions of Defendants Sarah Sumner, Justin Renteria, and Carlos Correa: Docs. 130, 131, and 133, respectively.  Accordingly, the suppression hearing scheduled for September 12, 2007, is continued to a date to be set by separate order, and the deadline for the disclosure of expert reports will be reset by separate notice.

**DONE AND ORDERED** this <u> *31st*</u> day of August, 2007

<u>         *s/Maurice M. Paul*         </u>
Maurice M. Paul, Senior District Judge